## Otis L. Tanner, Appellee, v. Charles M. Palmer, Appellant.

### Gen. No. 10,364.

John F. Hall, for appellant; Large, Reno & Zahm, John B. Anderson and Eckert & Cross, for appellee; Shelby L. Large and Floyd E. Eckert, of counsel. PER CURIAM. **Not to be published in full.** Opinion filed January 10, 1950; released for publication February 9, 1950.